# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara & Wolf, LLP

Attorneys at Law

3 Dakota Drive, Suite 300
Lake Success, New York 11042
Telephone: (516) 368-9426
Fax: (516) 368-9579
www.abramslaw.com

Anthony J. Genovesi, Jr.
Partner

October 7, 2016

Dana Ellwood
United States Court of Appeals, Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *Samms v Abrams Fensterman*
              *Docket No.: 16-cv-2987*

Dear Ms. Ellwood,

      Please be advised that on September 29, 2016 I received the complete transcript of the trial of the above-referenced matter. Appellant respectfully designates December 28, 2016, which is within 91 days of our receipt of the completed transcript, as the filing date for appellants' brief.

                                  Very truly yours,

                                    Anthony J. Genovesi, Jr.

cc:     Ahmad Keshavarz, Attorney at Law